UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID GUNNELLS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:11-cv-02235-P |
| | § | |
| FIRSTSOURCE FINANCIAL SOLUTIONS, LLC, | § § | |
| | § | |
| Defendant. | § | |

## VOLUNTARY DISMISSAL

Plaintiff, DAVID GUNNELLS, through his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses this case against Defendant, FIRSTSOURCE FINANCIAL SOLUTIONS, LLC.

RESPECTFULLY SUBMITTED,

KROHN & MOSS, LTD.

By:_____/s/ Michael S. Agruss_____
      Michael S. Agruss (IL SBN: 6281600)
      Attorneys for Plaintiff
      Krohn & Moss, Ltd.
      10 N. Dearborn
      3rd floor
      Chicago, IL 60602
      Tel: 323-988-2400 x235
      Fax: 866-583-3695
      magruss@consumerlawcenter.com

## **CERTIFICATE OF SERVICE**

On October 26, 2011, I served this Voluntary Dismissal on Defendant by e-mailing the Voluntary Dismissal to Defendant's counsel, Grace Felipe, at FelipeG@cmtlaw.com.